LMH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Camilo E. Munoz, | ) | No. CV 06-0071-PHX-EHC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Maricopa County Sheriff's Office, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Magistrate Judge Estrada's Report and Recommendation for dismissal of this action without prejudice for Plaintiff's failure to prosecute (Dkt. 8). Plaintiff has not filed a Response or Objection. The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Dkt. 8) is **adopted**. The Complaint is **dismissed** without prejudice.

DATED this 25th day of September, 2006.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge